UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RIGOBERTO MARTINEZ, ANDRES PEREZ, JORGE LOPEZ, CONCEPCION GARCIA, and JOSE HERNANDEZ, Plaintiffs, v. YOUNG & SON REMODELING, LLC, and DOUGLAS YOUNG, Defendants. | Civil Action No: 3:12-cv-01090 (JAM) |

## CONSENT JUDGMENT

The Honorable Jeffrey Alker Meyer, USDJ, having considered the joint motion for Judgment on a Stipulation (Doc. #108) entered an Order on May 15, 2014, granting consent judgment. (*See* Doc. #109).

ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of plaintiffs, Rigoberto Martinez, Andres Perez, Jorge Lopez, Concepcion Garcia, and Jose Hernandez, against defendants, Young & Son Remodeling, LLC and Douglas Young, jointly and severally, in the amount of fifteen thousand dollars ($15,000.00), inclusive of all damages, penalties, prejudgment interest, and statutory attorney's fees and costs to be in seven installments as follows: a first payment of five thousand dollars ($5,000.00) to be made by June 15, 2014, and thereafter five payments of one thousand six hundred and sixty six dollars ($1,666.00) to be made on the fifteenth day of each following month, and thereafter one payment of one thousand six hundred and seventy dollars ($1670.00) to be made on the fifteenth day of the following month. Payments are to be made to plaintiffs' legal counsel in the form of a bank check or money order made out to "Attorney Peter Goselin, Trustee." Plaintiffs shall file a Satisfaction of

Judgment within ten (10) days of the full amount of the judgment being paid. This judgment fully resolves this matter and closes the case.

Dated at Bridgeport, Connecticut this 27st day of May 2014.

ROBIN D. TABORA, Clerk

By /s/ Yelena Gutierrez
Yelena Gutierrez
Deputy Clerk

EOD:  May 27, 2014