**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Rigoberto Martinez, Andres Perez, Jorge Lopez, Concepcion Garcia, and Jose Hernandez | : CIVIL ACTION NO: <br> : 3:12-cv-1090 (JAM) |
| Plaintiffs | : |
| v. | : |
| Young & Son Remodeling, LLC, and Douglas Young | : |
| Defendants | : January 2, 2015 |

**SATISFACTION OF JUDGMENT**

Whereas the Court granted the parties' motion for entry of a stipulated judgment in this matter on May 27, 2014 [Document 110[]]; and

Whereas the plaintiffs certify that the defendants have fully paid all amounts due under the judgment and that there are no outstanding executions by any sheriff or marshal;

Therefore, full and complete satisfaction of the judgment is hereby acknowledged and the plaintiffs respectfully request that the Clerk of the Court make a docket entry recognizing the complete satisfaction of said judgment.

    RESPECTFULLY SUBMITTED
    THE PLAINTIFFS,

    <u>Peter Goselin  / s /     </u>
    Peter Goselin ct06074
    The Law Office of Peter Goselin
    557 Prospect Avenue, 2nd Floor
    Hartford, Connecticut 06105
    Tel. 860-580-9675
    Fax 860-471-8133
    pdgoselin@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on January 2, 2015, the foregoing Satisfaction of Judgment was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Peter Goselin   /   s   /